IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN CIVIL LIBERTIES UNION,
*et al.*,

      Plaintiffs,

    -vs-                                                                                                              No. CIV 98-474 LH/DJS

GARY JOHNSON, in his official capacity as
Governor of the State of New Mexico, and TOM UDALL,
in his official capacity as Attorney General of the
State of New Mexico,

      Defendants.

**NOTICE OF STATUS CONFERENCE**

**BY DIRECTION OF THE HONORABLE C. LEROY HANSEN:**

**PLEASE TAKE NOTICE** that this matter will come on for a status conference on **Monday, January 31, 2000, at 10:30 a.m.,** at the United States Courthouse, Conference Room, 6th Floor, Chambers 660, Albuquerque, New Mexico. **Inquiries and scheduling conflicts should be directed to Kathy Gonzales, Courtroom Deputy for Judge Hansen, at 505/348-2250\*.**

*Robert M March*
_____
   **ROBERT M. MARCH, Clerk**

        This will certify that a true copy of the foregoing was mailed/electronically noticed on
        January 13, 2000, to counsel of record per the Court's Electronic Filing System.

_____
       \* To obtain daily information regarding the status of court settings, please call the Court Calendaring Service at (505) 348-2505.