IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN CIVIL LIBERTIES UNION;
MARK AMERIKA of ALT-X; ART ON
THE NET; FEMINIST.COM; FULL
CIRCLE BOOKS; OBGYN.NET; SANTA
FE ONLINE; SEXUAL HEALTH INSTITUTE;
STOP PRISONER RAPE; JEFF WALSH of
OASIS MAGAZINE; AMERICAN
BOOKSELLERS FOUNDATION FOR FREE
EXPRESSION; ASSOCIATION OF AMERICAN
PUBLISHERS, INC.; ELECTRONIC FRONTIER
FOUNDATION; FREEDOM TO READ
FOUNDATION, INC.; INTERNATIONAL
PERIODICAL DISTRIBUTORS ASSOCIATION;
NEW MEXICO LIBRARY ASSOCIATION;
PEN AMERICAN CENTER; PERIODICAL AND
BOOK ASSOCIATION OF AMERICA;
PUBLISHERS MARKETING ASSOCIATION;
and RECORDING INDUSTRY ASSOCIATION
OF AMERICA,

        Plaintiffs,

v.                   **CIV. No. 98-474 LH/DJS**

GARY JOHNSON, in his official capacity as
Governor of the State of New Mexico; and
PATRICIA MADRID, in her official capacity as
Attorney General of the State of New Mexico,

        Defendants.

**AMENDED FINAL JUDGMENT**

   **THIS MATTER** comes before the Court after the United States Court of Appeals for the

Tenth Circuit ruled on Defendants' appeal of an order granting a preliminary injunction.  On

remand, a permanent injunction was entered on February 1, 2000 (Docket No. 49).  This Amended Final Judgment is intended to supercede and replace the Final Judgment that was entered yesterday.

Plaintiffs are prevailing parties and shall recover their costs of this action.  The parties have stipulated that Plaintiffs shall receive One Hundred Fifty Two Thousand Five Hundred Dollars ($152,500.00) in attorney fees and costs.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Judgment be, and is hereby, entered in favor of Plaintiffs in the amount of One Hundred Fifty Two Thousand Five Hundred Dollars ($152,500.00) in attorney fees and costs, together with post-judgment interest as provided by law.

All claims and liabilities of the parties have been adjudicated and therefore, this case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**